UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**JAMES A. SUTTON III,**

        Plaintiff,

**vs.**                                        **CASE NO. 1:12-cv-00728-RJA**

**SKY RECOVERY SERVICES, LTD.,**

        Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW,** Plaintiff, JAMES A. SUTTON III, by and through his undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses this action with prejudice.

Dated this 18th day of September, 2012.

                                                        s/ James S. Giardina
                                                        Attorney for Plaintiff
                                                        **The Consumer Rights Law Group, PLLC**
                                                        3104 W. Waters Avenue
                                                         Suite 200
                                                         Tampa, Florida 33614-2877
                                                        Tel: (813) 435-5055 ext 101
                                                        Fax: (866) 535-7199
                                                       *James@ConsumerRightsLawGroup.com*